**Linda M. GOULDNER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 05–3318.

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2005.

*Official Caption*[1]

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

tive court orders. FRAP 12(a); 32(a).

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.